**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7567**

FREDERICK D. KYLE,

Plaintiff - Appellant,

versus

E. L. PEARSON, Warden; JAMILA F. BURNEY,
Associate Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-01-360-3)

Submitted: April 19, 2002                 Decided: June 3, 2002

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frederick D. Kyle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frederick D. Kyle appeals the order of the magistrate judge granting leave to proceed in forma pauperis and directing collection of the filing fee in accordance with the Prison Litigation Reform Act. We have reviewed the record and the order of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Kyle v. Pearson, No. CA-01-360-3 (E.D. Va. Aug. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED